IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Bettina Cleveland, | ) | Case No. 6:24-cv-01146-DCC |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| Macy's, Inc., Macy's Retail Holdings, LLC, | ) | |
| and Simon Property Group, L.P., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Bettina Cleveland hereby dismisses this action without prejudice.

        KNIE & SHEALY

        */s/ Patrick E. Knie*

        Patrick E. Knie
        Federal I.D. No. 2370
        Matthew W. Shealy
        Federal I.D. No. 12823
        P.O. Box 5159
        250 Magnolia Street
        Spartanburg, S.C.  29304
        Telephone No.(864) 582-5118
        Telefax No.    (864) 585-1615

        ATTORNEYS FOR PLAINTIFF

April 22, 2024